1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

FLINTKOTE COMPANY,

                    Plaintiffs,

5

                    v.

6

AVIVA PLC,

7

                    Defendants.

8

Case No.  15-cv-01638-SI  (SI)

**PRETRIAL PREPARATION ORDER**

9

10

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

11

FURTHER CASE MANAGEMENT: October 16, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the
conference.

12

13

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

14

NON-EXPERT DISCOVERY CUTOFF is: July 1, 2016.

15

16

DESIGNATION OF EXPERTS: June 1, 2016; REBUTTAL: June 17, 2016;
        Parties **SHALL** conform to Rule 26(a)(2).

17

EXPERT DISCOVERY CUTOFF is: July 15, 2016.

18

19

DISPOSITIVE MOTIONS **SHALL** be filed by; July 22, 2016;
        Opp. Due: August 5, 2016; Reply Due: August 12, 2016;
        and set for hearing no later than August 26, 2016 at 9:00 AM.

20

21

PRETRIAL CONFERENCE DATE: October 4, 2016 at 3:30 PM.

22

COURT TRIAL DATE: October 17, 2016 at 8:30 AM.
        Courtroom 10, 19th floor.

23

24

TRIAL LENGTH is estimated to be eight days.

25

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall complete private mediation by May 15, 2016.

26

27

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects
of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

28

United States District Court
Northern District of California

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

  **IT IS SO ORDERED**.


Dated:  7/17/15

                  _____

                  SUSAN ILLSTON
                  United States District Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28