IRELL & MANELLA LLP
Marc S. Maister (SBN 155980) (mmaister@irell.com)
Michael Fehner (SBN 207312) (mfehner@irell.com)
Cathy Moses (SBN 254791) (cmoses@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Plaintiff
The Flintkote Company/The Flintkote Trust

Andrew G. Wanger (SBN 166449)
(andrew. wanger@clydeco.us)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Defendants Aviva plc/
Aviva International Insurance Limited/
Ocean Marine Insurance Company Limited

**GRANTED**
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY AND THE FLINTKOTE TRUST,<br><br>         Plaintiff,<br><br>   v.<br><br>AVIVA PLC, AVIVA INTERNATIONAL INSURANCE LIMITED, AND OCEAN MARINE INSURANCE CO. LTD.,<br><br>         Defendants. | Case No. 3:15-CV-01638-SI<br><br>**STIPULATION OF CONFIDENTIALITY UNDER LOCAL RULE 7-12** |

1  Defendants Aviva plc, Aviva International Insurance Limited (formerly known as
2  Commercial Union Assurance Company Limited) and The Ocean Marine Insurance Co. Limited,
3  (collectively, "Ocean Marine"), by and through their counsel of record, hereby file the following
4  stipulation pursuant to Local Rules 7-11(a) and 7-12 attesting to Ocean Marine's agreement with
5  plaintiffs, The Flintkote Company and the Flintkote Trust (collectively, "Flintkote"), as to the
6  confidential nature of documents attached as exhibits to and referenced in Ocean Marines' Motion
7  for Partial Summary Judgment.

## STIPULATION

Flintkote and Ocean Marine, through their undersigned counsel, stipulate as follows:

Flintkote and Certain London Companies are presently engaged in a related arbitration proceeding, *The Flintkote Company v. Certain London Companies*, Arbitration No. W-14-01, JAMS No. 141000640.

Appendix C, §100.7 of the Wellington Agreement provides that alternative dispute resolution proceedings undertaken pursuant to the Wellington Agreement are to be confidential and the current proceedings are protected by a protective order.

The parties agree the following documents from the above-referenced arbitration should remain confidential and should be placed under seal in this litigation:

- Flintkote's Responses and Objections to Certain London Companies First Set of Interrogatories, *The Flintkote Company v. Certain London Companies*, Arbitration No. W-14-01, JAMS No. 141000640, June 22, 2015;

- Deposition Transcript of Eric Bower, *The Flintkote Company v. Certain London Companies*, Arbitration No. W-14-01, JAMS No. 141000640, August 13, 2015;

- "Phase I Rulings," filed in *The Flintkote Company v. Certain London Companies*, Arbitration No. W-14-01, JAMS No. 141000640, January 9, 2016; and

- "Order on Motion for Reconsideration," filed in *The Flintkote Company v. Certain London Companies*, Arbitration No. W-14-01, JAMS No. 141000640, February 2, 2016.

Any references to these documents should be redacted in Court filings. Ocean Marine intends to attach and reference these documents as exhibits to its Motion for Partial Summary Judgment.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: February 5, 2016 | IRELL & MANELLA LLP |
| | By: /s/ *Michael Fehner* |
| | Michael Fehner |
| | Attorneys for Plaintiff |
| | The Flintkote Company/The Flintkote Trust |
| Dated: February 5, 2016 | CLYDE & CO US LLP |
| | By: /s/ *Andrew G. Wanger* |
| | Andrew G. Wanger |
| | Attorneys for Defendants Aviva plc/ |
| | Aviva International Insurance Limited/ |
| | Ocean Marine Insurance Company Limited |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

| | |
|---|---|
| Dated: February 5, 2016 | /s/ *Andrew G. Wanger* |
| | Attorney for Defendants |