IRELL & MANELLA LLP
Marc S. Maister (SBN 155980) (mmaister@irell.com)
Michael R. Fehner (SBN 207312) (mfehner@irell.com)
Cathy Moses (SBN 254791) (cmoses@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Plaintiffs
THE FLINTKOTE COMPANY and
THE FLINTKOTE TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE FLINTKOTE COMPANY and THE FLINTKOTE TRUST,

Plaintiffs,

vs.

AVIVA PLC, AVIVA INTERNATIONAL INSURANCE, LTD., and OCEAN MARINE INSURANCE COMPANY LIMITED,

Defendants.

Case No. 3:15-CV-01638-SI

**~~[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO MAINTAIN COURT-ORDERED BRIEFING SCHEDULE~~**

**N.D. Civ. L.R. 7-11**

Judge: Hon. Susan Illston

Both motions will be heard on March 11, 2016 at 10:00 a.m.

UNITED STATES DISTRICT COURT
DENIED
Susan Illston
Judge Susan Illston
NORTHERN DISTRICT OF CALIFORNIA

The Court has considered Plaintiffs' Administrative Request to Maintain Court-Ordered Briefing Schedule, all supporting and opposing memoranda and evidence, and the arguments with respect to the Request.

For the reasons set forth in the Request and supporting papers, the Court hereby **GRANTS** Plaintiffs' Request. Accordingly, it is HEREBY ORDERED that Plaintiffs receive the Court's chosen relief (marked by an "X" below):

_______ Defendants' motion regarding Trust payments [Dkt. No. 125] be treated as Defendants' opposition to Plaintiffs' motion regarding Trust payments [Dkt. No. 120], and that Plaintiffs file any reply to their motion by February 26, 2016.

_______ Defendants' motion regarding Trust payments [Dkt. No. 125] be taken off-calendar, and Defendants' are to respond to Plaintiffs' motion regarding Trust payments [Dkt. No. 120] by February 19, 2016, and Plaintiffs file any reply to their motion by February 26, 2016.

The hearing on the motion remains scheduled for 9:00 a.m. on March 11, 2016.

IT IS SO ORDERED.

DATED: __________________, 2016

___________________________________
Hon. Susan Illston
United States District Court Judge

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO MAINTAIN SCHEDULE
(Case No. 3:15-CV-01638-SI)

3475992.1