UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLINTKOTE COMPANY,
        Plaintiffs,

v.

AVIVA PLC,
        Defendants.

Case No. 15-cv-01638-SI (SI)

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 23, 2016 .

DESIGNATION OF EXPERTS: 10/28/16; REBUTTAL: 11/18/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 20, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by;  January 28, 2017;
    Opp. Due: February 20, 2017; Reply Due: February 27, 2017;
    and set for hearing no later than March 3, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 4, 2017 at 3:30 PM.

COURT TRIAL DATE:  April 17, 2017 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be eight days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall complete private mediation by July 15, 2016.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 5/16/16

_____
SUSAN ILLSTON
United States District Judge