UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINTKOTE COMPANY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>AVIVA PLC, et al.,<br><br>        Defendants. | Case No. 15-cv-01638-SI<br><br>**ORDER TO SHOW CAUSE RE: BOND** |

On May 16, 2016, the Court ordered defendants to post a total bond amount of $2.442 million (USD) "with all deliberate haste." Dkt. No. 164. Defendants were additionally ordered to "timely notify the Court of the posting of the bond." *Id.* No notice has been provided to the Court to date. Defendants are ORDERED to show cause, **in writing to be filed no later than July 27, 2016**, why no bond has been posted, or, if it has been, why no notice was provided to the Court; and why defendants should not be sanctioned for failure to comply with the Court's order.

**IT IS SO ORDERED**.

Dated: July 20, 2016

_____
SUSAN ILLSTON
United States District Judge