1

2

3

4                                UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7    FLINTKOTE COMPANY, et al.,                Case No.  15-cv-01638-SI

8              Plaintiffs,

9          v.                                  **THIRD ORDER ON BOND**

10   AVIVA PLC, et al.,                        Re: Dkt. Nos. 156, 161, 164, 167

11             Defendants.

12

13         On May 16, 2016, following multiple rounds of briefing on the issue, the Court ordered

14   defendants to post a total bond amount of $2.442 million (USD) "with all deliberate haste."  Dkt.

15   No. 164.  Defendants were additionally ordered to "timely notify the Court of the posting of the

16   bond."  *Id.*  No bond has been posted.  On July 20, 2016, defendants were ordered to show cause

17   why no bond had been posted, or, if the bond had been posted, why no notice was provided to the

18   Court.  Dkt. No. 167.  Defendants were additionally ordered to show cause as to why they should

19   not be sanctioned for failure to comply with the Court's order.  *Id.*

20         The parties filed a joint statement explaining that "[n]o bond had been posted because the

21   Parties are working to finalize a settlement of this matter[.]  Dkt. No. 168 at 2.  The parties "hope

22   to conclude settlement negotiations in the next few weeks" and state that they "will advise the

23   Court when final settlement documents are executed."  *Id.* at 3.

24         As noted in prior order of this Court, the clear language of California Insurance Code

25   section 1616 mandates that defendants post a bond to secure the payment of any final judgment

26   which may be rendered in the present action.  *See, e.g.*, Dkt. No. 161; *see also* Cal. Ins. Code

27   § 1616 ("Before any nonadmitted foreign or alien insurer shall file or cause to be filed any

28   pleading in any action, suit or proceeding instituted against it, the insurer *shall . . .* give a bond in

United States District Court
Northern District of California

the action, suit or proceeding in an amount to be fixed by the court sufficient to secure the payment of any final judgment which may be rendered in the action, suit, or proceeding." (emphasis added)).

In light of this, the parties are ORDERED file a joint status update advising the Court of the progress they have made concluding these settlement discussions **by August 19, 2016.** Should the matter not settle by this date the Court ORDERS the parties to file a status update every 14 days until the matter has settled. The Court retains the authority to ORDER defendants to immediately post the bond.

**IT IS SO ORDERED**.

Dated: July 27, 2016

_____
SUSAN ILLSTON
United States District Judge