1  IRELL & MANELLA LLP
   Marc S. Maister (SBN 155980) (mmaister@irell.com)
2  Michael Fehner (SBN 207312) (mfehner@irell.com)
   Cathy Moses (SBN 254791) (cmoses@irell.com)
3  840 Newport Center Drive, Suite 400
4  Newport Beach, CA 92660
   Telephone:  (949) 760-0991
5  Facsimile:  (949) 760-5200

6  Attorneys for Plaintiffs

7

   CLYDE & CO US LLP
8  Andrew G. Wanger (SBN 166449)
   (andrew.wanger@clydeco.us)
9  101 Second Street, 24th Floor
   San Francisco, California 94105
10 Telephone:  (415) 365-9800
   Facsimile:  (415) 365-9801
11
   Attorneys for Defendants
12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17 THE FLINTKOTE COMPANY and THE       ) Case No. 3:15-CV-01638-SI
   FLINTKOTE TRUST,                    )
18                                     ) **STIPULATION OF DISMISSAL WITH**
                                       ) **PREJUDICE**
19             Plaintiffs,             )
                                       )
20     vs.                             ) Date:  Not Applicable
                                       ) Time:  Not Applicable
21 AVIVA PLC, AVIVA INTERNATIONAL      ) Place: Courtroom 1, 17th Floor
   INSURANCE, LTD. and OCEAN MARINE    ) Judge: Hon. Susan Illston
22 INSURANCE COMPANY LIMITED,          )
                                       )
23                                     )
               Defendants.             )
24                                     )

25

26                                     IT IS SO ORDERED
                                       Judge Susan Illston
27

28

                                                    Case No. 3:15-CV-01638-SI
               STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs The Flintkote Company and The Flintkote Asbestos Trust ("Plaintiffs") and Defendants Aviva PLC, Aviva International Insurance, Ltd., and Ocean Marine Insurance Company Limited ("Defendants") (collectively, the "Parties"), through their respective counsel of record, that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear their own costs, pursuant to the Parties' settlement agreement, which has been approved by the United States District Court for the District of Delaware, and contains an alternative dispute resolution mechanism for resolving conflicts thereunder.

Respectfully submitted,

Dated: December 5, 2016                IRELL & MANELLA LLP

                                        By: /s/ *Michael Fehner*
                                            Michael Fehner
                                            Attorneys for Plaintiffs

Dated: December 5, 2016                WALKER WILCOX MATOUSEK LLP

                                        By: /s/ *Fred L. Alvarez*
                                            Fred L. Alvarez
                                            Attorneys for Defendants

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: December 5, 2016                 /s/ *Andrew G. Wanger*
                                         Attorney for Defendants